# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TARRICK PEYTON, | ) Case No. 4:21-cv-00125-BMM-JTJ |
| Plaintiff, | ) |
| vs. | ) **ORDER FOR DISMISSAL WITH** |
| | ) **PREJUDICE** |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), a Federally chartered corporation, and BURLINGTON NORTHERN SANTA FE, LLC, a Delaware Corporation ("BNSF"), | ) |
| Defendants. | ) |

This matter, having come before the Court pursuant to the stipulated motion of the parties for an order of dismissal, and the Court being otherwise fully advised in the premise. **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED** with prejudice and without costs or attorney fees to any party.

DATED this 27th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court